### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JASON L. BLISS,              :
     Plaintiff,           :
                          :
     v.                     :        **CIVIL ACTION NO. 25-CV-7173**
                          :
MARK ZIMMERMAN, *et al.*,   :
     Defendants.       :

### ORDER

**AND NOW**, this 20thday of February 2026, upon consideration of Jason L. Bliss's Motion to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 5), and *pro se* Complaint (ECF No. 1), it is **ORDERED** that:

1.       Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.       Jason L. Bliss, #30900, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Lehigh County Jail or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Bliss's inmate account; or (b) the average monthly balance in Bliss's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Bliss's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Bliss's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3.       The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of Lehigh County Jail.

4.      The Complaint is **DEEMED** filed.

5.      The Clerk of Court is **DIRECTED** to **ADD** Lehigh County Parole as a defendant.

6.      Bliss's Complaint is **DISMISSED WITH PREJUDICE** as frivolous, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons stated in the Court's Memorandum.

7.      The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

8.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**KELLEY BRISBON HODGE, J.**